# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 17, 2021

Lyle W. Cayce
Clerk

No. 21-10043

United States of America,

*Plaintiff—Appellee*,

*versus*

Paul Terry Perdue,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-3515

Before Southwick, Oldham, and Wilson, *Circuit Judges.*

Per Curiam:*

Paul Terry Perdue, federal prisoner # 54528-177, appeals the denial of his motion for compassionate release under the First Step Act. *See* 18 U.S.C. § 3582(c)(1)(A)(i). The district court denied Perdue's motion without the benefit of intervening Fifth Circuit authority. Therefore, we VACATE the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10043

district court's order and REMAND for further consideration in light of *United States v. Shkambi*, 993 F.3d 388 (5th Cir. 2021).